UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PHILLIP RANDALL TILLIE. #636229,

     Plaintiff,

                                Case No: 2:25-cv-14

v.

                                HON. ROBERT J. JONKER

UNKNOWN KOBAN et al.,

     Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 4, 2025 (ECF No. 20). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 16) is GRANTED in part and DENIED in part. The following claims shall remain in the case:

1. Plaintiff's First Amendment retaliation claims against Defendants Koban and Wonnacott related to the NOI on July 19, 2022;

2. Plaintiff's First Amendment retaliation claim against Defendant Koban related to the Defendant's alleged entry into Plaintiff's cell on July 21, 2022; and

3. Plaintiff's Eight Amendment claim related to Defendant Koban's July 21, 2022, entry into his cell.

Dated:  September 2, 2025        /s/ Robert J. Jonker_____
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE